# FEDERAL PUBLIC DEFENDER, SOUTHERN DISTRICT OF TEXAS
## TRANSCRIPT REQUEST AND INVOICE

| | | |
|---|---|---|
| 1. PURPOSE  1 ☐ TRIAL   2 ☒ APPEAL OF CONVICTION/SENTENCE  3 ☐ OTHER _____ | | 2. REQUESTING ATTORNEY  **MICHAEL L. HERMAN** |

| 3. DOCKET NO.  **H-12-702** | 4. COURT  **SOUTHERN DISTRICT OF TEXAS** |
|---|---|

**5. IN THE CASE OF**  U.S.A  VS.  **DEREON TAYRONNE KELLEY**

**6. PERSON REPRESENTED**  Dereon Tayronne Kelley

**7. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)**
Appeal from judgment of conviction and sentence imposed on May 8, 2013.

**8. PROCEEDINGS TO BE TRANSCRIBED (Describe specifically and include docket entry number)**
03/21/13: Motion Hearing held before the Hon. Lynn N. Hughes (docket entry #35);
03/26/13: Suppression Hearing held before the Hon. Lynn N. Hughes (docket entry #37);
04/01/13: Pretrial Conference held before the Hon. Lynn N. Hughes (docket entry #42);
04/04/13: Hearing held before the Hon. Lynn N. Hughes (docket entry #46);
04/09-10/13: Jury Trial (Days 1 & 2) held before the Hon. Lynn N. Hughes (docket entry #'s 51 & 56).

**9. FEDERAL PUBLIC DEFENDER'S REQUEST**

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request preparation of the transcript of the proceedings described above at the expense of the United States pursuant to the Criminal Justice Act.

**FPD ACCOUNTING DATA**
13 092300 F05TXSF 2532

United States District Court
Southern District of Texas
FILED

MAY 2 2 2013

David J. Bradley, Clerk of Court

MARJORIE A. MEYERS
FEDERAL PUBLIC DEFENDER
440 Louisiana, Suite 1350, Houston, Texas 77002-1669

DATE: 05/22/2013
TELEPHONE NUMBER: (713) 718-4600

✓ FPD'S INITIALS

**10. SPECIAL REQUESTS**

A. ☐ Expedited   ☐ Daily   ☐ Hourly Transcript

B. ☒ Prosecution Opening Statement   ☒ Prosecution Argument   ☒ Prosecution Rebuttal
☒ Defense Opening Statement   ☒ Defense Argument   ☒ Voir Dire   ☒ Jury Instructions

## INVOICE

**11. COURT REPORTER/TRANSCRIBER STATUS**
☒ Official   ☐ Contract   ☐ Transcriber   ☐ Other

**14. PAYEE'S ADDRESS**

**12. FULL NAME OF PAYEE**  Bruce Slavin

**13. SOCIAL SECURITY OR EMPLOYER I.D. NO. OF PAYEE**   **15. TELEPHONE NO.**

| 16. TRANSCRIPT  INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|
| A. Original | | $ | $ | $ | $ |
| B. Copy | | $ | $ | $ | $ |
| | | | | TOTAL CLAIMED: | $ |

17.

**18. CLAIMANT'S CERTIFICATION**
I hereby certify that the above invoice is correct and that I have not claimed or received payment from any other source for the services rendered and claimed in this invoice.

_____    _____
CLAIMANT'S SIGNATURE         DATE

18.A. Clerk's Office Verification of No. of Pages & Rates:   Verified by: _____ (Signature)   (Date)

**19. APPROVED FOR PAYMENT:**

AMT. APPROVED: $ _____

_____    _____
(Requesting Attorney, Federal Public Defender Office)   DATE