# FEDERAL PUBLIC DEFENDER, SOUTHERN DISTRICT OF TEXAS
## TRANSCRIPT REQUEST AND INVOICE

| | |
|---|---|
| 1. PURPOSE    1 ☐ TRIAL    2 ☒ APPEAL OF CONVICTION/SENTENCE    3 ☐ OTHER _____ | 2. REQUESTING ATTORNEY<br>**MICHAEL L. HERMAN** |
| 3. DOCKET NO.<br>H-12-702 | 4. COURT<br>**SOUTHERN DISTRICT OF TEXAS** |

**5. IN THE CASE OF**     U.S.A    VS.    **DEREON TAYRONNE KELLEY**

**6. PERSON REPRESENTED**
Dereon Tayronne Kelley

**7. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED** (Describe briefly)
Appeal from judgment of conviction and sentence imposed on May 8, 2013.

**8. PROCEEDINGS TO BE TRANSCRIBED** (Describe specifically and include docket entry number)
05/06/13: Sentencing proceedings held before the Hon. Lynn N. Hughes (no docket entry #);
05/08/13: Sentencing proceedings held before the Hon. Lynn N. Hughes (no docket entry #).

**9. FEDERAL PUBLIC DEFENDER'S REQUEST**

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request preparation of the transcript of the proceedings described above at the expense of the United States pursuant to the Criminal Justice Act.

_[signature]_       05/22/2013      DATE
**MARJORIE A. MEYERS**
FEDERAL PUBLIC DEFENDER      (713) 718-4600
440 Louisiana, Suite 1350, Houston, Texas 77002-1669    TELEPHONE NUMBER

**FPD ACCOUNTING DATA**
13 092300 F05TXSF 2532

United States District Court
Southern District of Texas
FILED

MAY 2 2 2013

David J. Bradley, Clerk of Court

FPD'S INITIALS

**10. SPECIAL REQUESTS**

A. ☐ Expedited    ☐ Daily    ☐ Hourly Transcript

B. ☐ Prosecution Opening Statement    ☐ Prosecution Argument    ☐ Prosecution Rebuttal
☐ Defense Opening Statement    ☐ Defense Argument    ☐ Voir Dire    ☐ Jury Instructions

## INVOICE

| 11. COURT REPORTER/TRANSCRIBER STATUS<br>☒ Official    ☐ Contract    ☐ Transcriber    ☐ Other | 14. PAYEE'S ADDRESS |
|---|---|
| 12. FULL NAME OF PAYEE<br>**Fred Warner** | |
| 13. SOCIAL SECURITY OR EMPLOYER I.D. NO. OF PAYEE | 15. TELEPHONE NO. |

| 16. TRANSCRIPT INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|
| A. Original | | $ | $ | $ | $ |
| B. Copy | | $ | $ | $ | $ |
| | | | | TOTAL CLAIMED: | $ |

17.

**18. CLAIMANT'S CERTIFICATION**
I hereby certify that the above invoice is correct and that I have not claimed or received payment from any other source for the services rendered and claimed in this invoice.

_____       _____
CLAIMANT'S SIGNATURE       DATE

18.A. Clerk's Office Verification of No. of Pages & Rates:    Verified by: _____    _____
                                                               (Signature)            (Date)

**19. APPROVED FOR PAYMENT:**

_____      _____      AMT. APPROVED:
(Requesting Attorney, Federal Public Defender Office)    DATE      $ _____